# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BRUCE HARRIS and ROY MCCULLUM, Individually and Behalf of All Others Similarly Situated,<br>　　　　Plaintiffs,<br><br>v.<br><br>GEORGIA-PACIFIC WOOD PRODUCTS LLC and GEORGIA-PACIFIC CONSUMER OPERATIONS LLC,<br>　　　　Defendants. | CIVIL ACTION<br>NO. 1:22-cv-02530-TWT |

## ORDER

Upon consideration of the parties' Joint Motion to Extend Discovery, it is hereby **ORDERED** that the motion is **GRANTED**. Discovery shall be extended for 30 days, up to and including August 30, 2023.

SO ORDERED this 31st day of July, 2023.

Hon. Thomas W. Thrash Jr.
United States District Judge