# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BRUCE HARRIS and ROY MCCULLUM, Individually and Behalf of All Others Similarly Situated,<br>　　　　　Plaintiffs,<br><br>v.<br><br>GEORGIA-PACIFIC WOOD PRODUCTS LLC and GEORGIA-PACIFIC CONSUMER OPERATIONS LLC,<br>　　　　　Defendants. | CIVIL ACTION<br>NO. 1:22-cv-02530-TWT |

## SECOND JOINT MOTION TO EXTEND DISCOVERY

Plaintiffs Bruce Harris and Roy McCullum and Defendants Georgia-Pacific Wood Products LLC and Georgia-Pacific Consumer Operations LLC jointly move for a thirty-day extension of the discovery deadline. In support of this motion, the parties show the Court as follows.

　　1.　　Plaintiffs initiated this action on June 24, 2022, asserting claims for unpaid overtime under both federal and Arkansas Law. (ECF No. 1.) They brought this action as a nationwide FLSA Collective Action and Arkansas Rule 23 class action. (*Id.*)

2. On March 23, 2023, after briefing by the parties, the Court denied Plaintiffs' motion for conditional certification of the FLSA collective and Plaintiffs' motion for class certification of the Arkansas class. (ECF No. 47.)

3. Subsequently, in an effort to conserve effort and expense for both sides, the parties agreed to explore whether this case can be resolved without further litigation and expense. To this end, the parties agreed to the informal exchange of information and data tailored to making these discussions as successful as possible.

4. Discovery was set to close on July 31, 2023. However, the parties realized that they needed additional time to complete their fact investigations and analyses and be fully prepared to attempt to resolve this case. As a result, the parties jointly requested a one-month extension of discovery, up to and including August 30, 2023, which the Court granted. (ECF Nos. 48, 49.)

5. The parties have been diligently working towards reaching a resolution in this case. Defendants provided Plaintiffs with the electronic time data and pay data for Plaintiffs Harris and McCullum and the three opt-in plaintiffs who joined this suit prior to the Court's order denying conditional certification. However, it has taken Plaintiffs' counsel longer than expected to communicate with the five remaining individual Plaintiffs to discuss settlement authority with

each of their clients. But that process is nearly complete, and Plaintiffs' counsel anticipate that they will be in a position to issue make settlement demands on behalf of each Plaintiff this week.

6. After conferring in good faith, the parties agreed that, for the benefit of both parties, the discovery deadline should be extended by 30 days. Extending this deadline and forestalling additional discovery will give Plaintiffs time to finalize their demand and will allow the parties to conserve resources as they continue to explore whether a resolution can be reached.[1] In the undersigned's experience, conserving resources by both sides can increase the chances that this matter can be resolved without further litigation.

7. The requested extension is also consistent with Rule 1, which states that the Federal Rules of Civil Procedure "should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding." Fed. R. Civ. P. 1.

8. This motion is brought for good cause, will not unduly delay the proceedings, and will not prejudice either party. The parties have conferred about

---

[1] In light of the upcoming discovery deadline and out of an abundance of caution, Plaintiffs served written discovery on Defendants and Defendants noticed the depositions of the two named Plaintiffs. But in an effort to conserve costs and reach a resolution, the parties have agreed to postpone responding to written discovery and taking any depositions.

this motion and have agreed to file it jointly. The parties are also prepared to appear for a case management conference if the Court finds that one would be helpful.

For the foregoing reasons, the parties respectfully request a 30-day extension of the discovery deadline, up to and including October 2, 2023. A proposed Order is provided for the Court's convenience.

Respectfully submitted this 28th day of August 2023.

| | |
|---|---|
| /s/ *Josh Sanford* | /s/ *Harry M. Rowland, III* |
| Josh Sanford | A. Craig Cleland |
| Sanford Law Firm, PLLC | GA Bar No. 129825 |
| Kirkpatrick Plaza | Lauren H. Zeldin |
| 10800 Financial Centre Pkwy. | GA Bar No. 368999 |
| Suite 510 | Harry M. Rowland, III |
| Little Rock, Arkansas 72211 | GA Bar No. 946192 |
| josh@sanfordlawfirm.com | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| Colby Qualls | One Ninety One Peachtree Tower |
| Forester Haynie, PLLC | 191 Peachtree St. NE, Suite 4800 |
| 400 N Saint Paul St | Atlanta, GA 30303 |
| Ste 700 | Telephone:  404-881-1300 |
| Dallas, TX 75231 | Facsimile:   404-870-1732 |
| cqualls@foresterhaynie.com | lauren.zeldin@ogletreedeakins.com |
| | craig.cleland@ogletreedeakins.com |
| Steven E. Wolfe | harry.rowland@ogletreedeakins.com |
| Legare, Attwood & Wolfe, LLC | *Attorneys for Defendants* |
| 125 Clairemont Avenue, Suite 380 | |
| Decatur, GA  30030 | |
| sewolfe@law-llc.com | |
| *Attorneys for Plaintiffs* | |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BRUCE HARRIS and ROY MCCULLUM, Individually and Behalf of All Others Similarly Situated, | |
| Plaintiffs, | |
| v. | CIVIL ACTION NO. 1:22-cv-02530-TWT |
| GEORGIA-PACIFIC WOOD PRODUCTS LLC and GEORGIA-PACIFIC CONSUMER OPERATIONS LLC, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I certify that on August 28, 2023, I electronically filed the **Second Joint Motion to Extend Discovery** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Steven E. Wolfe
LEGARE, ATTWOOD & WOLFE, LLC
125 Clairemont Avenue, Suite 380
Decatur, GA  30030
sewolfe@law-llc.com

Josh Sanford
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy., Suite 150

Little Rock, Arkansas 72211
josh@sanfordlawfirm.com

Colby Qualls
Forester Haynie, PLLC
400 N Saint Paul St., Ste 700
Dallas, TX 75231
cqualls@foresterhaynie.com

*/s/Harry M. Rowland, III*
Harry M. Rowland, III
Georgia Bar No. 946192