UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRUCE HARRIS and ROY MCCULLUM, Individually and Behalf of All Others Similarly Situated,<br>    Plaintiffs,<br><br>v.<br><br>GEORGIA-PACIFIC WOOD PRODUCTS LLC and GEORGIA-PACIFIC CONSUMER OPERATIONS LLC,<br>    Defendants. | CIVIL ACTION<br>NO. 1:22-cv-02530-TWT |

## ORDER

Upon consideration of the parties' Second Joint Motion to Extend Discovery, it is hereby **ORDERED** that the motion is **GRANTED**. Discovery shall be extended for 30 days, up to and including October 2, 2023.

SO ORDERED this ___ day of _____, 2023.

_____
Hon. Thomas W. Thrash Jr.
United States District Judge