## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| BRUCE HARRIS and ROY MCCULLUM, Individually and Behalf of All Others Similarly Situated, | |
| Plaintiffs, | |
| v. | CIVIL ACTION NO. 1:22-cv-02530-TWT |
| GEORGIA-PACIFIC WOOD PRODUCTS LLC and GEORGIA-PACIFIC CONSUMER OPERATIONS LLC, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

It is hereby certified that on September 12, 2023, I served the foregoing **DEFENDANTS' AMENDED NOTICE OF DEPOSITION OF PLAINTIFF ROY MCCULLUM** by electronic mail, addressed as follows:

Steven E. Wolfe
LEGARE, ATTWOOD & WOLFE, LLC
125 Clairemont Avenue, Suite 380
Decatur, GA  30030
sewolfe@law-llc.com

Josh Sanford
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy., Suite 150
Little Rock, Arkansas 72211
josh@sandfordlawfirm.com

4

Colby Qualls
Forester Haynie, PLLC
400 N Saint Paul St., Ste 700
Dallas, TX 75231
cqualls@foresterhaynie.com

and I electronically filed the Certificate of Service with the Clerk of Court using the

CM/ECF system, which will automatically notify counsel of record.

>   */s/Harry M. Rowland, III*
>   Harry M. Rowland, III
>   Georgia Bar No. 946192