UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRUCE HARRIS and ROY MCCULLUM, Individually and Behalf of All Others Similarly Situated,<br>　　　　　Plaintiffs,<br><br>v.<br><br>GEORGIA-PACIFIC WOOD PRODUCTS LLC and GEORGIA-PACIFIC CONSUMER OPERATIONS LLC,<br>　　　　　Defendants. | CIVIL ACTION<br>NO. 1:22-cv-02530-TWT |

## [proposed] ORDER

Upon consideration of the Parties' Joint Notice of Settlement and Motion for Time to Move for Settlement Approval, it is hereby **ORDERED** that the motion is **GRANTED**. All pending deadlines in this matter are STAYED. The Parties shall have 60 days from the entry of this Order to complete and file the Motion for Settlement Approval and any related documents.

SO ORDERED this ___ day of _____, 2023.

_____
Hon. Thomas W. Thrash Jr.
United States District Judge