**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| BRUCE HARRIS and ROY MCCULLUM, ) | |
| Individually and on Behalf of All Others ) | |
| Similarly Situated ) | |
| ) | |
|     Plaintiffs, ) | CIVIL ACTION FILE |
| ) | NO. 1:22-cv-2530-TWT |
| v. ) | |
| ) | |
| GEORGIA-PACIFIC WOOD PRODUCTS ) | |
| LLC, and GEORGIA-PACIFIC CONSUMER OPERATIONS LLC    ) | |
| ) | |
|     Defendants. ) | |

**<u>MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR</u>**
**<u>SETTLEMENT APPROVAL</u>**

Plaintiffs Bruce Harris and Roy McCullum ("Plaintiffs") and Defendants Georgia-Pacific Wood Products LLC, and Georgia-Pacific Consumer Operations LLC, by and through their undersigned counsel, submit the following Motion for Extension of Time to File Motion for Settlement Approval:

1.      On September 29, 2023, the Parties filed a Joint Notice of Settlement and Motion for Time to Move for Settlement Approval wherein the Parties stated they had reached a settlement in principle and anticipated filing a Motion for Settlement Approval within 60 days. *See* ECF 57. On October 2, 2023, the Court

granted the Parties motion, making the Motion for Settlement Approval due on December 1, 2023. *See* ECF No. 58.

2.      The Parties have exchanged drafts of the settlement agreements and Plaintiffs' counsel is diligently preparing the Motion for Settlement Approval. The Parties, however, require additional time to finalize Motion for Settlement Approval and the settlement agreement in order to edit the documents to the satisfaction of all parties and to obtain all of the required signatures.

3.      Accordingly, the Parties request that the Court allow them an additional fourteen (14) to edit and fully execute their agreement and file a Motion for Settlement Approval.

4.      This extension is sought in good faith for the purpose of efficiently resolving the case, and not for delay.

WHEREFORE, premises considered, the Parties pray that this Court extend the deadline for the Parties to file their Motion for Settlement Approval for fourteen (14) days, to December 15, 2023.

Respectfully submitted this 30th day of November, 2023.

/s/ *Josh Sanford*                          /s/ *Harry M. Rowland, III*

Josh Sanford                                A. Craig Cleland
Sanford Law Firm, PLLC                      GA Bar No. 129825
Kirkpatrick Plaza                           Lauren H. Zeldin
10800 Financial Centre Pkwy.                GA Bar No. 368999
Suite 510                                   Harry M. Rowland, III

Little Rock, Arkansas 72211
josh@sanfordlawfirm.com

Colby Qualls
Forester Haynie, PLLC
400 N Saint Paul St, Ste 700
Dallas, TX 75201
cqualls@foresterhaynie.com

Steven E. Wolfe
Legare, Attwood & Wolfe, LLC
125 Clairemont Avenue, Suite 380
Decatur, GA  30030
sewolfe@law-llc.com
*Attorneys for Plaintiffs*

GA Bar No. 946192
Ogletree, Deakins, Nash,
   Smoak & Stewart, P.C.
One Ninety One Peachtree Tower
191 Peachtree St. NE, Suite 4800
Atlanta, GA 30303
Telephone:  404-881-1300
Facsimile:    404-870-1732
lauren.zeldin@ogletreedeakins.com
craig.cleland@ogletreedeakins.com
harry.rowland@ogletreedeakins.com
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I, Josh Sanford, hereby certify that on the date imprinted by the CM/ECF system, a true and correct copy of the foregoing document was electronically filed via the CM/ECF system, which will provide notice to the following attorneys of record:

A. Craig Cleland, Esq.
Lauren H. Zeldin, Esq.
Harry M. Rowland, III, Esq.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Ninety-One Peachtree Tower
191 Peachtree St. NE, Suite 4800
Atlanta, GA 30303
Telephone: 404-881-1300
Facsimile: 404-870-1732
lauren.zeldin@ogletreedeakins.com
craig.cleland@ogletreedeakins.com
harry.rowland@ogletreedeakins.com
*Counsel for Defendants*

*/s/ Josh Sanford*
Josh Sanford