# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BRUCE HARRIS and ROY MCCULLUM, Individually and Behalf of All Others Similarly Situated,<br>　　　　Plaintiffs,<br><br>v.<br><br>GEORGIA-PACIFIC WOOD PRODUCTS LLC and GEORGIA-PACIFIC CONSUMER OPERATIONS LLC,<br>　　　　Defendants. | CIVIL ACTION<br>NO. 1:22-cv-02530-TWT |

## **ORDER**

Upon consideration of the Parties' Motion for Extension of Time to File Motion for Settlement Approval, it is hereby **ORDERED** that the motion is **GRANTED**. The time for the Parties to file a Motion for Settlement Approval is extended by 14 days, up to and including December 15, 2023.

IT IS SO ORDERED, this _____ day of _____, 2023.

_____
HON. THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE