## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| BRUCE HARRIS and ROY MCCULLUM, Individually and Behalf of All Others Similarly Situated,<br>            Plaintiffs,<br><br>v.<br><br>GEORGIA-PACIFIC WOOD PRODUCTS LLC and GEORGIA-PACIFIC CONSUMER OPERATIONS LLC,<br>            Defendants. | CIVIL ACTION<br>NO. 1:22-cv-02530-TWT |

## ORDER

Having considered Plaintiffs and Defendants' Joint Motion for Approval of Settlement and Dismissal of This Action With Prejudice (ECF No. 62), this Court hereby **GRANTS** the Motion and finds as follows:

1.      The Settlement Agreement of the Parties is a fair, adequate, and reasonable resolution of a bona fide dispute about wages under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*., and thus, the Settlement Agreement is **APPROVED**.

2.      This matter is **DISMISSED** with prejudice.

IT IS SO ORDERED, this _____ day of _____, 202__.

_____
HON. THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE