# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BRUCE HARRIS and ROY MCCULLUM, Individually and Behalf of All Others Similarly Situated,<br>         Plaintiffs,<br><br>v.<br><br>GEORGIA-PACIFIC WOOD PRODUCTS LLC and GEORGIA-PACIFIC CONSUMER OPERATIONS LLC,<br>         Defendants. | CIVIL ACTION<br>NO. 1:22-cv-02530-TWT |

### ORDER

Having considered Plaintiffs and Defendants' Joint Motion for Approval of Settlement and Dismissal of This Action With Prejudice (ECF No. 62), this Court hereby **GRANTS** the Motion and finds as follows:

1. The Settlement Agreement of the Parties is a fair, adequate, and reasonable resolution of a bona fide dispute about wages under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*., and thus, the Settlement Agreement is **APPROVED**.

2. This matter is **DISMISSED** with prejudice.

IT IS SO ORDERED, this  18th  day of  December , 2023 .

*Thomas W. Thrash*
HON. THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE